**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ISAAC ROBERTS,** | : |
| **Petitioner** | : |
| | :    **CIVIL ACTION NO. 3:17-0252** |
| **v.** | : |
| | :    **(Judge Mannion)** |
| **KEVIN KAUFFMAN,** | : |
| **Respondent** | : |

## <u>ORDER</u>

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1.    The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

2.    The Clerk of Court is directed to **CLOSE** this case.

3.    There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 10, 2019**

17-0252-01-Order